| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> NORTHERN DISTRICT OF GEORGIA | |
| Case number *(if known)* _____ | Chapter you are filing under: <br> ☐ Chapter 7 <br> ■ Chapter 11 <br> ☐ Chapter 12 <br> ☐ Chapter 13      ☐ Check if this is an amended filing |

Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy     06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| **1.** | **Your full name** <br><br> Write the name that is on your government-issued picture identification (for example, your driver's license or passport). <br><br> Bring your picture identification to your meeting with the trustee. | **Kaushal** <br> First name <br><br> **B.** <br> Middle name <br><br> **Desai** <br> Last name and Suffix (Sr., Jr., II, III) | **Kshamata** <br> First name <br><br> **K.** <br> Middle name <br><br> **Desai** <br> Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** <br><br> Include your married or maiden names and any assumed, trade names and *doing business as* names. <br><br> Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-5211 | xxx-xx-9457 |

Debtor 1   **Kaushal B. Desai**
Debtor 2   **Kshamata K. Desai**                                        Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4. Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |
| **5. Where you live** | **181 Lakestone Pkwy**<br>**Woodstock, GA 30188**<br>Number, Street, City, State & ZIP Code<br><br>**Cherokee**<br>County<br><br>**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code | _____<br>Number, Street, City, State & ZIP Code<br><br>_____<br>County<br><br>**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.<br><br>_____<br>Number, P.O. Box, Street, City, State & ZIP Code |
| **6. Why you are choosing *this district* to file for bankruptcy** | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ | *Check one:*<br><br>■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.<br><br>☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.)<br>_____ |

Debtor 1  **Kaushal B. Desai**
Debtor 2  **Kshamata K. Desai**                                                Case number *(if known)* _____

---

| Part 2: | **Tell the Court About Your Bankruptcy Case** |

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

■ No
☐ Yes.

| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11. Do you rent your residence?**

■ No.   Go to line 12.
☐ Yes.   Has your landlord obtained an eviction judgment against you?

  ☐ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 3

Debtor 1   **Kaushal B. Desai**
Debtor 2   **Kshamata K. Desai**                                             Case number *(if known)* _____

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

■ No.    Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

_____
Number, Street, City, State & ZIP Code

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

■ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.
☐ Yes.

What is the hazard?  _____

If immediate attention is needed, why is it needed?  _____

Where is the property?  _____
Number, Street, City, State & Zip Code

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 4

| Debtor 1 | Kaushal B. Desai | | |
|---|---|---|---|
| Debtor 2 | Kshamata K. Desai | Case number *(if known)* | |

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**About Debtor 1:**        **About Debtor 2 (Spouse Only in a Joint Case):**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices.  If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

---

*You must check one:*

☒ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Kaushal B. Desai**
Debtor 2  **Kshamata K. Desai**                                                                                                Case number *(if known)*

| Part 6: | **Answer These Questions for Reporting Purposes** |

**16.** **What kind of debts do you have?**

  **16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

  ☒ No. Go to line 16b.

  ☐ Yes. Go to line 17.

  **16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

  ☐ No. Go to line 16c.

  ☒ Yes. Go to line 17.

  **16c.** State the type of debts you owe that are not consumer debts or business debts

  _____

**17.** **Are you filing under Chapter 7?**

  ☒ No.  I am not filing under Chapter 7. Go to line 18.

  **Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

  ☐ Yes.  I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

  ☐ No
  ☐ Yes

**18.** **How many Creditors do you estimate that you owe?**

  ☒ 1-49              ☐ 1,000-5,000          ☐ 25,001-50,000
  ☐ 50-99             ☐ 5001-10,000          ☐ 50,001-100,000
  ☐ 100-199           ☐ 10,001-25,000        ☐ More than100,000
  ☐ 200-999

**19.** **How much do you estimate your assets to be worth?**

  ☐ $0 - $50,000              ☐ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
  ☒ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

**20.** **How much do you estimate your liabilities to be?**

  ☐ $0 - $50,000              ☒ $1,000,001 - $10 million       ☐ $500,000,001 - $1 billion
  ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
  ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
  ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million    ☐ More than $50 billion

| Part 7: | **Sign Below** |

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Kaushal B. Desai                                     /s/ Kshamata K. Desai
**Kaushal B. Desai**                                     **Kshamata K. Desai**
Signature of Debtor 1                                    Signature of Debtor 2

Executed on  **January  6, 2025**                        Executed on  **January  6, 2025**
             MM / DD / YYYY                                           MM / DD / YYYY

| | |
|---|---|
| Debtor 1 **Kaushal B. Desai** | |
| Debtor 2 **Kshamata K. Desai** | Case number *(if known)* _____ |

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Leslie Pineyro**                                            Date  **January  6, 2025**
Signature of Attorney for Debtor                                         MM / DD / YYYY

**Leslie Pineyro 969800**
Printed name

**Jones & Walden LLC**
Firm name

**699 Piedmont Avenue NE**
**Atlanta, GA 30308**
Number, Street, City, State & ZIP Code

Contact phone  **404-564-9300**            Email address  **info@joneswalden.com**

**969800 GA**
Bar number & State

---

Official Form 101                **Voluntary Petition for Individuals Filing for Bankruptcy**                page 7

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Kaushal B. Desai** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Kshamata K. Desai** | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF GEORGIA | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders     12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:   List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.**

|   |   |   |   | **Unsecured claim** |
|---|---|---|---|---|
| **1** | **American Express**<br>**Attn: Stephen Squeri, CEO**<br>**115 W Towne Ridge Pkwy**<br>**Sandy, UT 84070**<br><br>Contact<br>Contact phone | What is the nature of the claim?<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property?<br>■ No<br>☐ Yes. Total claim (secured and unsecured)<br>Value of security:<br>Unsecured claim | **Personal Guaranty / Credit card (Business Debt)** | $8,000.00<br><br><br><br><br><br><br><br>- |
| **2** | **American Express**<br>**Attn: Stephen Squeri, CEO**<br>**115 W Towne Ridge Pkwy**<br>**Sandy, UT 84070** | What is the nature of the claim?<br><br>As of the date you file, the claim is: Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>■ None of the above apply<br><br>Does the creditor have a lien on your property? | **Personal Guaranty / Credit card (Business Debt)** | $8,000.00 |

| Debtor 1 | **Kaushal B. Desai** | | |
|---|---|---|---|
| Debtor 2 | **Kshamata K. Desai** | | Case number *(if known)* |

☒ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

---

**3**

**Ameris Bank**
**c/o Palmer Proctor, CEO**
**3490 Piedmont Rd NE**
**Atlanta, GA 30305**

What is the nature of the claim?  **181 Lakestone Pkwy Woodstock, GA 30188 Cherokee County**    **$585,858.73**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☒ Unliquidated
☒ Disputed
☐ None of the above apply

Does the creditor have a lien on your property?
☐ No
☒ Yes. Total claim (secured and unsecured)    **$948,885.73**
  Value of security:    - **$720,000.00**
  Unsecured claim    **$585,858.73**

Contact
Contact phone

---

**4**

**Auto Chlor**
**PO Box 456**
**Upper Darby, PA 19082**

What is the nature of the claim?    **Business Debt**    **$3,739.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

**5**

**Barclay Bank Delaware**
**PO Box 8801**
**Wilmington, DE 19899**

What is the nature of the claim?    **Credit card (Business Debt)**    **$33,830.54**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☒ None of the above apply

Does the creditor have a lien on your property?
☒ No
☐ Yes. Total claim (secured and unsecured)
  Value of security: -
  Unsecured claim

Contact
Contact phone

---

B 104 (Official Form 104)  For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims  Page 2

| Debtor 1 | **Kaushal B. Desai** |
|---|---|
| Debtor 2 | **Kshamata K. Desai** |

Case number *(if known)* _____

### 6 BHG Financial
10234 W State Rd 84
Fort Lauderdale, FL 33324

**What is the nature of the claim?** _____  **$52,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) _____
  Value of security:   - _____
  Unsecured claim       _____

Contact _____
Contact phone _____

### 7 Cintas
6800 Cintas Blvd
Po Box 625737
Cincinnati, OH 45262

**What is the nature of the claim?**  **Business Debt**  **$4,000.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) _____
  Value of security:   - _____
  Unsecured claim       _____

Contact _____
Contact phone _____

### 8 Discover Bank
Attn: Michael Shepherd, CEO
502 E Market St
Greenwood, DE 19950

**What is the nature of the claim?**  **Loan**  **$23,442.00**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
- ■ No
- ☐ Yes. Total claim (secured and unsecured) _____
  Value of security:   - _____
  Unsecured claim       _____

Contact _____
Contact phone _____

### 9 Discover Bank
Attn: Michael Shepherd, CEO
502 E Market St
Greenwood, DE 19950

**What is the nature of the claim?**  **Credit card**  **$16,795.62**

**As of the date you file, the claim is:** Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

**Does the creditor have a lien on your property?**
No

| Debtor 1 | **Kaushal B. Desai** | |
|---|---|---|
| Debtor 2 | **Kshamata K. Desai** | Case number *(if known)* |

      Contact

      Contact phone

■   ☐ Yes. Total claim (secured and unsecured)
      Value of security:   -
      Unsecured claim

---

**10**

**Elan Financial**
**PO Box 108**
**Saint Louis, MO 63166-0108**

**What is the nature of the claim?**  **Personal Guaranty of Business Debt**  **$7,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:   -
    Unsecured claim

  Contact

  Contact phone

---

**11**

**Elan Financial**
**PO Box 108**
**Saint Louis, MO 63166-0108**

**What is the nature of the claim?**  **Personal Guaranty of Business Debt**  **$4,474.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:   -
    Unsecured claim

  Contact

  Contact phone

---

**12**

**Grogan Disposal Company**
**6080 Crossroads Rd**
**Cumming, GA 30041**

**What is the nature of the claim?**  **Personal Guaranty of Business Debt**  **$1,500.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:   -
    Unsecured claim

  Contact

  Contact phone

---

**13**

**What is the nature of the claim?**  **Personal Guaranty of**  **$25,098.00**

Debtor 1  **Kaushal B. Desai**
Debtor 2  **Kshamata K. Desai**                                    Case number *(if known)*

**Headway Capital**
**4700 W Daybreak Pkwy**
**Suite 200**
**South Jordan, UT 84009**

**Business Debt**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                                    -
        Unsecured claim

Contact
Contact phone

---

**14**

**iThink Financial Credit Union**
**P.O. Box 5090**
**Boca Raton, FL 33431-0890**

**What is the nature of the claim?**   **2020 Toyota Corolla 123000 miles Jointly owned with son**   **$1,668.34**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
☐ No
■ Yes. Total claim (secured and unsecured)   $12,168.34
        Value of security:                   -$10,500.00
        Unsecured claim                       $1,668.34

Contact
Contact phone

---

**15**

**NCR**
**864 Spring St NW**
**Atlanta, GA 30308**

**What is the nature of the claim?**   **Personal Guaranty of Business Debt**   **$5,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:                                    -
        Unsecured claim

Contact
Contact phone

---

**16**

**Northwest Federal Credit Union**
**P.O. Box 1229**
**Herndon, VA 20172-1229**

**What is the nature of the claim?**   **2021 Hyundai Palisade 68000 miles**   **$12,088.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
  Unliquidated

---

Debtor 1  **Kaushal B. Desai**
Debtor 2  **Kshamata K. Desai**                            Case number *(if known)*

☐
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

☐  No
■  Yes. Total claim (secured and unsecured)      $34,088.00
    Value of security:                         - $22,000.00
    Unsecured claim                              $12,088.00

Contact

Contact phone

---

**17**

**PAYCHEX**
**911 Panorama Trail South**
**Rochester, NY 14625**

**What is the nature of the claim?**   **Business Debt**    $3,000.00

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)
    Value of security:                         -
    Unsecured claim

Contact

Contact phone

---

**18**

**Sawnee Electric**
**543 Atlanta Hwy**
**Cumming, GA 30040**

**What is the nature of the claim?**   **Business Debt (Utilities)**    $2,000.00

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No
☐  Yes. Total claim (secured and unsecured)
    Value of security:                         -
    Unsecured claim

Contact

Contact phone

---

**19**

**Sysco**
**1390 Enclave Pkwy**
**Houston, TX 77077-2025**

**What is the nature of the claim?**   **Personal Guaranty of Business Line of Credit**    $4,000.00

**As of the date you file, the claim is:** Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

**Does the creditor have a lien on your property?**

■  No

---

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 6

Debtor 1 **Kaushal B. Desai**
Debtor 2 **Kshamata K. Desai**                                                    Case number *(if known)*

Contact
☐ Yes. Total claim (secured and unsecured)
Value of security:                    -
Contact phone                         Unsecured claim

| 20 | **Xfinity**
**Comcast Center**
**1701 JFK Boulevard**
**Philadelphia, PA 19103** |

What is the nature of the claim?   **Business Debt**    $2,000.00

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)

Contact                              Value of security:    -
Contact phone                        Unsecured claim

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X **/s/ Kaushal B. Desai**                        X **/s/ Kshamata K. Desai**
**Kaushal B. Desai**                                **Kshamata K. Desai**
Signature of Debtor 1                               Signature of Debtor 2

Date **January  6, 2025**                           Date **January  6, 2025**

American Express
Attn: Stephen Squeri, CEO
115 W Towne Ridge Pkwy
Sandy, UT 84070


American Profit Recovery
PO Box 981537
El Paso, TX 79998


Ameris Bank
c/o Palmer Proctor, CEO
3490 Piedmont Rd NE
Atlanta, GA 30305


Auto Chlor
PO Box 456
Upper Darby, PA 19082


Barclay Bank Delaware
PO Box 8801
Wilmington, DE 19899


Barclays
PO Box 13337
Philadelphia, PA 19101


Benthany Bend Owner II LLC
Skyline Seven Real Estate
800 Mt. Vernon Hwy NE Ste 425
Atlanta, GA 30328


BHG Financial
10234 W State Rd 84
Fort Lauderdale, FL 33324


C T Corporation System, as rep
330 N. Brand Blvd, Suite 700
Attn: SPRS
Glendale, CA 91203

```
Cintas
6800 Cintas Blvd
Po Box 625737
Cincinnati, OH 45262


Citibank, N.A.
Attn: Jane Fraser, CEO
5800 S Corporate Pl
Sioux Falls, SD 57108


Discover
PO Box 71242
Charlotte, NC 28272


Discover Bank
Attn: Michael Shepherd, CEO
502 E Market St
Greenwood, DE 19950


Elan Financial
PO Box 108
Saint Louis, MO 63166-0108


Georgia Department of Revenue
Compliance Division, ARCS BK
1800 Century Blvd, NE, #9100
Atlanta, GA 30345


Grogan Disposal Company
6080 Crossroads Rd
Cumming, GA 30041


Headway Capital
4700 W Daybreak Pkwy
Suite 200
 South Jordan, UT 84009
```

```
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346



iThink Financial Credit Union
P.O. Box 5090
Boca Raton, FL 33431-0890



iThink Financial Credit Union
1000 NW 17th Ave
Delray Beach, FL 33445



Mako Networks
1355 N McLean Blvd
Elgin, IL 60123



NCR
864 Spring St NW
Atlanta, GA 30308



Northwest Federal Credit Union
P.O. Box 1229
Herndon, VA 20172-1229



PAYCHEX
911 Panorama Trail South
Rochester, NY 14625



PennyMac Loan Services, LLC
P.O. Box 514387
Los Angeles, CA 90051-4387



PennyMac Loan Services, LLC
3043 Townsgate Road
Suite 200
Westlake Village, CA 91361
```

```
Poss Select Produce
16 Forest Pkwy Building R
Forest Park, GA 30297


Sawnee Electric
543 Atlanta Hwy
Cumming, GA 30040


Sedgh Group LLC
9454 Wilshire Blvd. #203
Beverly Hills, CA 90212


Sysco
1390 Enclave Pkwy
Houston, TX 77077-2025


Tru Natural Gas
807 Collinsworth Rd
Palmetto, GA 30268


WRI Roswell Crossing LLC
Kimco Realty
500 North Broadway, Suite 201
Jericho, NY 11753


Xfinity
Comcast Center
1701 JFK Boulevard
Philadelphia, PA 19103


Your Pie Franchising
13010 Morris Road, Suite 100
Alpharetta, GA 30004
```